

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  
Plaintiff  
-vs-  

Simbaqueba-Bonilla, Mario  
Defendant

CASE NUMBER: CR- 07-3124-WHITE

REPORT COMMENCING CRIMINAL ACTION

78997 009  
USMS NUMBER

TO: CLERK'S OFFICE     MIAMI ·  FT. LAUDERDALE   · W. PALM BEACH  
U.S. DISTRICT COURT             (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A

1) DATE AND TIME OF ARREST: 8/31/07 _____ AM _____ PM

2) LANGUAGE SPOKEN: SPAN

3) OFFENSE (S) CHARGED: FRAUD

DATE OF BIRTH: ▓▓▓▓ / 62

TYPE OF CHARGING DOCUMENT:     (CHECK ONE)  
{ } INDICTMENT     { } COMPLAINT TO BE FILED/ALREADY FILED  
{ } BENCH WARRANT FOR FAILURE TO APPEAR  
{ } PROBATION VIOLATION WARRANT  
{ } PAROLE VIOLATION WARRANT  
ORINGINATING DISTRICT: _____

REMARKS: _____

DATE: _____   (8) ARRESTING OFFICER: DCIS

AGENCY: DCIS     (10) PHONE: 800 x sector

COMMENTS: _____