UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,    CASE NO.: 07-Cr-20897-PCH

    Plaintiff,

vs.

MARIO ALBERTO SIMBAQUEBA,

    Defendant.
_____/

## EMERGENCY MOTION TO CONTINUE CHANGE OF PLEA

COMES NOW, the Defendant MARIO ALBERTO SIMBAQUEBA, by and through undersigned counsel, hereby requests this Honorable Court to continue his Change of Plea and in support thereof would state as follows:

1. This matter is currently set for Change of Plea on Friday, January 4, 2008.

2. Undersigned counsel became violently ill on Thursday, January 3, 2008 and believes he has strep throat and is so weak and continuously sweating he cannot get out of bed to go to the Federal Detention Center to go over the Plea Agreement with the Defendant.

3. Undersigned respectfully requests that this matter be reset for January 9, 2008 or January 11, 2008.

4. After speaking with Assistant United States Attorney, Richard Boscovich, who has no objection to this motion, he and undersigned counsel will be available on January 9, 2008 or January 11, 2008 to attend the hearing on this matter.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief sought herein.

USA vs. Mario Alberto Simbaqueba
Case No.: 07-Cr-20897-PCH
Page 2
-------------------------------------------

                        Law Offices of White, White & Associates
                        The White Building - Suite 200
                        One Northeast Second Avenue
                        Miami, Florida 33132
                        (305) 358-1100 Telephone
                        (305) 358-2503 Telecopier
                        Email: jawhite@speakeasy.net

By: _____s/ Jay A. White_____
       JAY A. WHITE, ESQUIRE
       Fla. Bar No.: 717850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2008 undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: _____s/ Jay A. White_____
       JAY A. WHITE, ESQUIRE
       Fla. Bar No.: 717850