UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20897-CR-HUCK

UNITED STATES OF AMERICA

v.

MARIO ALBERTO SIMBAQUEBA BONILLA, et al.

Defendants.

_____/

## GOVERNMENT'S SECOND MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY PURSUANT TO FED.R.CRIM.P. 16(d)(1)

The United States, by its undersigned attorney, hereby moves for a protective order to restrict discovery pursuant to Fed.R.Crim.P. 16(d)(1) as follows:

1.      Mario Alberto Simbaqueba Bonilla (Defendant) was charged by Indictment on October 15, 2007, with Conspiracy (violation of Title 18, United States Code, Section 371), Access Device Fraud (violation of Title 18, United States Code, Section 1029), Identity Theft (violation of Title 18, United States Code, Section 1028), and aggravated Identity Theft (violation of Title 18, United States Code, Section 1028A). The defendant pled guilty to the Indictment on January 4, 2008.  At the change of plea, the Court set his sentencing for March 19, 2008.

2.      The government is preparing additional materials for the Defense Team in accordance with Fed.R.Crim.P. 16, as well as for the Probation Office in connection with the defendant's pre-sentence investigation report.  The materials the government seeks to disclose includes suspicious activities reports (SARs) filed by numerous financial instittutions in connection with the defendant's criminal conduct.

3.      The government intends to turn over this information which consists of the SAR reference number, and may also include the monetary amount disclosed by the reporting financial institution.  The government is required to request such protective orders from the Court pursuant to an agreement between the Department of Justice and FINCIN.

WHEREFORE, the United States respectfully requests that this Court enter a protective order:

1.      Permitting the government to provide, without redaction, all SARs associated with this criminal case;

2.      Ordering the Defense Team and Pre-Trial Services to safeguard and not disclose the SARs provided to them, other than to the extent necessary to prepare for sentencing; and

3.      Ordering the Defense Team to destroy, at the conclusion of this matter, the SAR information in their possession.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


By:      __s/Richard Domingues Boscovich_____
Richard Domingues Boscovich
Assistant United States Attorney
Florida Bar No. 0829013
99 N. E. 4th Street
Miami, FL 33132
Phone (305) 961-9427
Fax (305) 530-6168
Email: Richard.Boscovich@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2008, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.


_____ s/ Richard Domingues Boscovich _____
RICHARD DOMINGUES BOSCOVICH
ASSISTANT UNITED STATES ATTORNEY