UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,             CASE NO.: 07-20897-CR-HUCK

   Plaintiff,

vs.

MARIO SIMBAQUEBA-BONILLA,

   Defendant.
_____/

## MOTION FOR LEAVE TO SEAL OBJECTIONS TO PSI

The Defendant, MARIO SIMBAQUEBA-BONILLA, by and through undersigned counsel, hereby files this Motion for Leave to File Under Seal and as grounds states the following:

1. Defense counsel is requesting that the Defendant's Objections to Pre-sentence Report (PSI), **Docket No: 38**, be sealed

2. The facts supporting the Defendant's motion contain information that is of sensitive nature, which should be filed under seal.

WHEREFORE, undersigned counsel respectfully requests that the relief sought herein be granted.

Law Offices of White, White & Associates
The White Building - Suite 200
One Northeast Second Avenue
Miami, Florida 33132
(305) 358-1100 Telephone
(305) 358-2503 Telecopier
Email: jawhite@speakeasy.net

By: _____
    JAY A. WHITE, ESQUIRE
    Fla. Bar No.: 717850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2008, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: _____
    JAY A. WHITE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIO SIMBAQUEBA-BONILLA,

Defendant.
_____/

CASE NO.: 07020897-439-CR-HUCK

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

In consideration of the foregoing motion, it is thereupon,

**ORDERED AND ADJUDGED** that the Defendant's Motion for Leave to File Under Seal **Docket Number 38** is hereby **GRANTED.**

**DONE AND ORDERED** in Miami-Dade County, Florida this _____ day of March 2008.

_____
HONORABLE PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc:     all parties