UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### SENTENCING MINUTES

CASE NO: **07CR 20897**   DATE **4-11-08**   JUDGE PAUL C. HUCK

DEFT: **Mario Simbaqueba Bonilla**   RPTR: **Larry Herr**   CLERK: Evelyn Williams

*Lydia Griffin and*

DEFT. COUNSEL: **Jay White**   (appt/retnd) AUSA **Richard Boscovich**

INTERPRETER: **Spanish**

( ) Deft. failed to appear - bench warrant issued. Bond forfeited.

( ) Sentencing continued until _____ at _____

(X) JUDGMENT AND SENTENCE

*Cts 14,15,16 = 24 month = concurrent*

AS TO COUNT **1** IMPRISONMENT FOR **60** MONTHS ⎫ *concurrent*
AS TO COUNT **2-11** IMPRISONMENT FOR **60** MONTHS ⎭
AS TO COUNT **12** IMPRISONMENT FOR **24** MONTHS — *consecutively*
             **13**                    **24**          — *consecutively*

~~Dismissed Counts~~ _____

USPO: **Janice Smith**

(✓) Recommendation to BOP: **S. FL & mental & substance treatment**

(✓) Standard Conditions Imposed: **No crime, firearm, dangerous weapon or devices & Controlled Substance**

(✓) Fine: **0**

(✓) Special Conditions imposed: **Data Encryption Restriction, Permissible computer Examination, Computer activity Record keeping required, Computer Modem Restriction, Computer Possession Restriction, Employer Computer restriction disclosure, Immigration Remand, Employment + Self-employment restriction, Permissible Search of person + property + Credit Card Restriction**

(✓) Restitution: **$353,203**

(✓) ASSESSMENT $ **1,000** due immediately

( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY *Counts*

( ) SUPERVISED RELEASE TERM: **3 year for cts 1-11 & 1 yr 12-16 concurrent**

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205(C) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205(C)

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE: _____

(✓) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER

( ) BOND ON APPEAL SET AT _____

**10:30 - 11:30 break 11:44 - 1:57 break 3:14**