```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 07-20897-CR-HUCK
```

FILED by H.H. D.C.
MAY 15 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

---

|                                  |                      |
|----------------------------------|----------------------|
| UNITED STATES OF AMERICA,        | MIAMI, FLORIDA       |
|           Plaintiff,             | APRIL 11, 2008       |
|           vs.                    |                      |
| MARIO ALBERTO SIMBAQUEBA BONILLA,|                      |
|           Defendant.             |                      |

---

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     RICHARD BOSCOVICH, ESQ.
                        Assistant U.S. Attorney
                        99 Northeast 4th Street
                        Miami, FL 33132          305.961.9427

FOR THE DEFENDANT:      JAY ALLEN WHITE, ESQ.
                        OLIVIA GRIFFIN, ESQ.
                        White White & Associates
                        1 Northeast 2nd Avenue
                        Miami, FL 33132          305.358.110(

REPORTED BY:            LARRY HERR, RPR-RMR-FCRR-AE
                        Official Federal Court Reporter
                        Federal Certified Realtime Reporte
                        400 North Miami Avenue, Room 8N09
                        Miami, FL 33128          305.523.529

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-20897-CR PCH
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____