UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20897-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARIO ALBERTO SIMBAQUEBA,

      Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Defendant's Motion for Bond Pending Appeal (DE# 78, 11/18/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C)(emphasis added).[1]

On November 19, 2008, the undersigned issued an Order (DE# 80) requiring the government to respond to Defendant's Motion for Bond Pending Appeal (DE# 78, 11/18/08) on or before December 8, 2008. Having received no response from the government, and a response having been due, it is

ORDERED AND ADJUDGED, that the government shall file a response to Defendant's Motion for Bond Pending Appeal (DE# 78, 11/18/08) on or before **Wednesday, December 17, 2008**. The failure to file a response may result in a

---

[1] Local Rule 88.9(A) provides, in pertinent part, that "[m]otions in criminal cases are subject to the requirements of, and shall comply with, Local Rule 7.1." S.D. Fla. L.R. 88.9(A).

recommendation that the instant motion be granted in its entirety.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **10th** day of December, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Huck
All Counsel of Record

Faxed by Chambers to:
Marc Osborne
United States Attorney's Office
305-530-6168