UNITED   STATES   DISTRICT   COURT
SOUTHERN   DISTRICT   OF   FLORIDA
MIAMI   DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                        *
UNITED STATES OF AMERICA                *      CRIMINAL
                    PLANTIFF.           *      No: 07-CR-~~12127~~-HUCK
                                        *          20897
    Vs.                                 *
                                        *
                                        *
                                        *
MARIO SIMBAQUEBA BONILLA                *
                    DEFENDANT.          *           FILED by _____ D.C.
                                        *
                                               DEC 21 2009

                                               STEVEN M. LARIMORE
                                               CLERK U S DIST CT
                                               S D OF FLA. MIAMI

        * * * * * * * * * *
        * NOTICE OF FILING *
        * * * * * * * * * *


    Comes now, **MARIO SIMBAQUEBA BONILLA**, pro-se and files the
**"MOTION TO ABATE DIRECT APPEAL DUE TO PROSECUTORIAL MISCONDUCT"**,
which relates to, **"DEFENDANT'S MOTION TO DISMISS THE INDICTMENT
OR IN THE ALTERNATIVE MOTION FOR DISCOVERY AND AN EVIDENTIARY
HEARING"**, that was filed in the eleventh Circuit Court of
Appeals.


                            Respectfully submitted

                    BY: _____
                        MARIO SIMBAQUEBA BONILLA
                        PRO-SE
                        C.C.A. FACILITY
                        REG No. 78997-004
                        P.O. DRAWER 30
                        McRae, GA 31055

# C E R T I F I C A T E   O F   S E R V I C E

**I HEREBY** certify that a true and correct copy of the foregoing was served by U.S. mail on this ‿1S‿ day of ‿December‿, 2009, first class mail, postage prepaid to the following parties:

1. Clerk Of The Court
   United States District Court
   Southern District Of Florida
   400 North Miami Avenue
   Room 8N09
   Miami, FL 33128-7716
   Certified Mail No. ‿0307 / 1790 / 0005 / 6073 / 0150‿
   Number of Copies: ‿1‿

2. CAROL HERMANN, AUSA
   MARC OSBORNE, AUSA
   UNITED STATES ATTORNEY'S OFFICE
   99 N.E. 4th Street
   Miami, FL 33132
   Certified Mail No. ‿0307 / 1790 / 0005 / 6073 / 0167‿
   Number of Copies: ‿1‿

# Exhibit "A"

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# Case No. 08-12127-E

## UNITED STATES OF AMERICA,
*Appellee/Plaintiff,*

Vs.

## MARIO ALBERTO SIMBAQUEBA-BONILLA,
*Appellant/Defendant.*

On Direct Appeal From the United States District Court for the Southern
District of Florida, Case No. 07-20897-Cr-HUCK

MOTION TO ABATE DIRECT APPEAL PENDING RESOLUTION
OF MOTION TO DISMISS INDICTMENT DUE TO
PROSECUTORIAL MISCONDUCT

CRIMINAL PREFERENCE CASE: APPELLANT IN CUSTODY

```
MARIO SIMBAQUEBA BONILLA
PRO-SE
REG No. 78997-004
C.C.A. FACILITY
P.O. DRAWER 30
McRae, GA 31055
```

## CERTIFICATE OF INTERESTED PERSONS AND ENTITIES AND CORPORATE DISCLOSURE STATEMENT

The following persons or entities have an interest in the outcome of this case pursuant to 11th Cir. Rule 26.1:

Hon. Paul C. Huck, USDJ

Hon. John O'Sullivan, USMJ

Richard Boscovitch, [former] AUSA

Anne R. Schultz, AUSA

Jay White, Esq., trial and sentencing defense counsel

Robert Malove, Esq., appellate counsel

Benson Weintraub, Esq., appellate counsel

By: _____

- 2 -

Appellant, **MARIO SIMBAQUEBA**, pro-se respectfully moves this Honorable Court for and order abating the instant direct appeal or in the alternative for an expedite issue of the mandate and for reasons and grounds states:

1. This unusual request is the result of newly discovered evidence, that has surfaced regarding the institution of appellant prosecution.

2. That this evidence was filed in the District Court, under seal, as **"MOTION TO DISMISS INDICTMENT OR IN THE ALTERNATIVE MOTION FOR DISCOVERY, AND AN EVIDENTIARY HEARING". (Exhibit-A)**.

3. That the Government according to the answer of **December 14, 2009** does not grasp the severity of the allegations in the pleading.

4. Further, this case presents an unusual situation because the Government has made no effort specifically to deny BONILLA'S allegations much less to produce any sworn statement to the contrary.

- 3 -

5. That even though BONILLA asked specifically and
   explicitly to the District Court, to use its "supervisory
   powers", BONILLA does not know if this powers reach
   regaining "sua sponte" jurisdiction of the appeal.

6. That BONILLA asks this Honorable Court to abate the
   appeal, so Honorable PAUL HUCK can regain jurisdiction on
   the instant matter and can properly dispose of the
   pending motion.

## MEMORANDUM OF LAW

Integrity of the judicial system is a concern of the highest
order, and question regarding it can take precedence over matters
pending on appeal. See **Mesarosh Vs. United States**, 352 U.S. 1, 9,
77 S.Ct. 1, 1 L.Ed.2d 1 (1956), the Supreme Court decided to
address rather the newly raised issue of witness perjury rather
than proceeding to decide the issues on which it had granted
certiorary.

- 4 -

In **United States Vs. Shotwell Mfg Co.**, 355 U.S. 233, 241, 78 S.Ct. 245, 2 L.Ed.2d 234 (1957) the Court followed its practice of "refusing to consider the questions presented for review in the face of a challenge to the integrity of the record based on newly discovered evidence and in **United States Vs. Taylor**, 648 F.2d 565, 572 (9th Cir. 1981), the Court found extraordinary circumstances requiring the District Court to proceed with evidentiary hearing on a coram nobis petition while an appeal was pending stated:

> When, as in the exceptional facts of this case, the collateral claim casts such a dark shadow on a pivotal aspect of the *1266. Direct appeal and, at the same time, implicates the fundamental fairness of the trial and propriety of the Government's actions, it is our view that the concerns for justice are best served by prompt inquiry either confirming or dispelling the suspicion of irregularity raised. This is particularly true when, as here, the Government has refused its critical representations fact.

- 5 -

## CONCLUSION

For the reasons elucidated above BONILLA prays this Court for an order abating the appeal or in the alternative to expedite the issuance of the mandate.

Respectfully Submitted

MARIO SIMBAQUEBA BONILLA
Pro-Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct a copy of the foregoing motiom has been mailed on the __14__ day of December of 2009, postage prepaid to the following parties:

1. COURT OF APPEALS FOR
   THE ELEVENTH CIRCUIT
   CLERK OF THE COURT
   56 Forsyth Street, NW
   Atlanta Georgia 30303

2. CAROL HERMANN, ESQ, AUSA
   UNITED STATES ATTORNEY OFFICE (APPELLATE DIVISION)
   99 N.E. 4th Street
   Miami, FL 33132

/S/ _____
    MARIO SIMBAQUEBA BONILLA
    PRO-SE