# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| PLAINTIFF * | |
| * | |
| * | |
| Vs. * | CRIMINAL No. |
| * | 07-CR-20897-HUCK/O'SULLIVAN |
| * | |
| MARIO SIMBAQUEBA BONILLA * | |
| DEFENDANT * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\*  **BONILLA'S MOTION FOR *NUNC PRO TUNC*** \*

\*  **LEAVE THE COURT TO PROCEED PRO-SE** \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Although MARIO SIMBAQUEBA BONILLA ("BONILLA", "DEFENDANT,") believes that he has been acting pro-se since December 2009 for all practical purposes, and as explained in his "Response in Opposition to Gov.'s Motion to Defer Ruling" (DE-118: 02/08/2010), BONILLA asserts this is a dilatory strategy of the Government to circumvent the merits of the litigation and it is certainly "not the stuff which legal victories are made". And contrary to the Government's assertion that

> SIMBAQUEBA-BONILLA'S motion and related filings were filed in violation of the plain language of Local Rule 11.1 (D) (4). In order to

> **assure the orderly litigation[1] of this matter the Government recommends that before proceeding to the merits the Court determine the status of Simbaqueba-Bonilla's legal representation.**

*Gov. Reply (DE-130: 02/25/2010) at 2.* There was never a violation of *S.D.Fla. L.R. 11.1 (D)(4),* because Attorney Benson Weintraub ("WEINTRAUB") ceased completely to act as BONILLA's attorney and Local Rule *S.D.Fla. L.R. 11.1(D)(5),* instructs:

> **When an attorney...ceases to act as such ... the party[2] ... must before any further proceedings... or *appear in person*[3].**

*Id.* It necessarily follows than when Weintraub ceased, *L.R. 11.1(D)(5)* instructed BONILLA to appear in person unless there was another attorney, and *L.R. 11.1(D)(1)* instructed the party that appearance in person was accomplished by filing a pleading signed by BONILLA. The Government never objected to this proceeding thus it - - is in fact waived.

Notwithstanding all of the above reasoning, BONILLA files this motion for an order *Nunc Pro Tunc.* Granting BONILLA's leave to proceed <u>Pro-se</u> , in order to expedite the resolution of this issue, and show the court the unequivocal desire to proceed <u>Pro-se</u>[4] and that this choice is being made knowingly and voluntarily,

---

[1] Orderly litigation...is a good combination of words for the Government to remember when filing out-of-time waivers and procedural bars.
[2] *S.D.Fla. L.R. 1.1(F):* Applicability of Rules to <u>Pro-Se</u> litigants when used in these Local Rules, the word "counsel" shall be construed to a party if that party is proceeding Pro-se.
[3] *S.D.Fla. L.R. 11.1(b)(1):* "The filing of any pleading shall, unless otherwise specified, constituted an appearance by the person who signs the pleading". BONILLA filed documents signed by him <u>pro-se</u> since DE-90 (12/01/2009).
[4] Although Bonilla tried to retain counsel, it is not the type of litigation that the lawyers that Bonilla interviewed are interested, One of the attorney's that Bonilla was hoping to retain was on the Defense team of *United States v. Senator Ted Stevens,* 08-cr-231(EGS) (District of Columbia) but due to the success of this case, his agenda did not permit the undersigned case to be scheduled yet. Bonilla will still try to retain

BONILLA believes that when the government mentions "If Simbaqueba-Bonilla wishes to waive his right to counsel and proceed pro-se..." *Gov. Reply (DE-130:02/25/201) at 2*. BONILLA does not believe there is an absolute right to counsel in these proceedings, as there is not an absolute right to proceed Pro-se. That is the reason why BONILLA is invoking not his constitutional right to proceed Pro-se (as there is not), but his statutory right to appear personally pursuant to *28 USC §1654*.

> **In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such Courts, respectively are permitted to manage and conduct causes herein.**

*Id*. See *Devine v. Indian River Sch.Bd,* 121 F.3d. 576 (11th Cir. 1997) ("Right to proceed Pro-se under *28 USC §1654* is a fundamental statutory right that is afforded the highest degree of protection").

Regardless how the Government sees this right in this case, it seems that they will feel much better if BONILLA explicitly asserts the right. Hopefully with this ***"STATEMENT BY DEFENDANT IN ADVANCE OF HEARING"*** that is filed along with this motion, (and of course - - if the Court so orders the appropriate colloquy in open Court), the Government will put an end to all these endless lists of technicalities, problems, waivers, procedural bars, twists and turns, and start focusing on a clear explanation of what really happened with this case? If there is nothing wrong and the hands of the prosecutors are clean, then show it. And if that is so, BONILLA will be the first one to withdraw all the related pleadings, but each time BONILLA receives F.O.I.A. disclosures, things become even more confusing, each time BONILLA reads the Government filings with

---

this attorney, and will keep the court updated on this issue, as of now the best course of action in order to preserve the momentum of the litigation it to proceed in propia-persona.

3

excuses, detours, disingenuous arguments all BONILLA feels is frustration. THIS IS NOT A GAME, it's the integrity of the whole proceeding what is at stake. BONILLA is an electric engineer not a Lawyer, it has taken a lot of months of study, taken a lot of reading cases to put together this small defense, maybe with a lot of errors, may be with the wrong words but it is the result of the high respect BONILLA has for the United States Courts, and Judges. BONILLA hopes from this point on, the parties can get to the bottom of the all this, and hopes the Government is willing to put an end to circumventing the merits of BONILLA's claims.

In short, to paraphrase the old WENDY's commercial one is forced to ask, regarding the Government's arguments:

**Where is the Meat?**

**WHEREFORE** it is respectfully prayed this Honorable Court for an order *Nunc Pro Tunc* to December 1, 2009, permitting BONILLA to proceed Pro-se.

Respectfully Submitted,

_____
Mario Simbaqueba-Bonilla
Pro-Se
FDC (Miami)
Reg. No. 78997-004
PO Box 019120
Miami, Fl 33101

## CERTIFICATE OF SERVICE

I, **HEREBY CERTIFY**, that on April 13th, 2010, a true and correct copy of the foregoing motion was delivered to the Clerk of Court (Southern District of Florida) and mailed to:

Marc Osbourne, AUSA
UNITED STATES ATTORNEY'S OFFICE
99 NE 4TH Street
Miami, Fl 33132

BY: _____
Mario Simbaqueba-Bonilla
Pro-Se
FDC (Miami)
Reg. No. 78997-004
PO BOX 019120
Miami, Fl 33101

5