FILED by ___ D.C.
APR 1 3 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|        **PLAINTIFF** * | |
| * | |
| * | |
| Vs. * | **CRIMINAL No.** |
| * | 07-CR-20897-HUCK/O'SULLIVAN |
| * | |
| MARIO SIMBAQUEBA BONILLA * | |
|        **DEFENDANT** * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* **STATEMENT BY DEFENDANT IN** \*

\* **ADVANCE OF HEARING** \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARIO SIMBAQUEBA-BONILLA ("DEFENDANT") makes the following representation to this Honorable Court:

1. I am 42 years of age. My education consists of 23 years. I am an ELECTRICAL ENGINEER with post-graduate studies.

2. I can read/write and understand/speak English.

3. No one has made threats, promises, or representations to me that have caused me to write this statement.

4. The representations I make in these statements were made after full and careful thought: and with a full understanding of my rights, the facts and circumstances of the case and the consequences of self-representation.

5. I was not under the influence of any drugs, medication, or intoxications when I made the decision to represent myself in the current proceedings.

6. I have no mental reservations concerning my decision.

7. I have never studied law.

8. I have never represented myself in a criminal action.

9. I understand the exact nature of the instant proceedings.

10. I am familiar with the Federal Rules of Criminal Procedure.

11. I am familiar with the Federal Riles of Civil Procedure.

12. I understand that the above-mentioned rules govern the way this criminal action is handled in criminal court.

13. I understand that I must follow these rules.

14. I desire to represent myself and give up any type of right I have to an attorney.

15. I am making this decision freely and it does reflect my personal desire.

16. I understand that I do not have an absolute right to represent myself and this is the Court in its sole discretion that will decide this issue.

17. I specifically waive any claims of ineffective assistance of counsel regarding any pleading filed in connection with the "Motion to Dismiss Indictment", with regard to Attorney Benson Weintraub. This waiver does not include any claim relating to ineffective assistance during the direct appeal as of right regarding this attorney.

18. I am unequivocally asking this court to proceed <u>PRO-SE.</u>

19. I am knowingly and voluntarily waiving any right to Counsel I have in this proceeding.

Dated this \_\_13th\_\_ day of April, 2010.

Respectfully Submitted,

Mario Simbaqueba-Bonilla
Reg. No. 78997-004

### CERTIFICATE OF COPY

I, the undersigned certify: That on April 13, 2010 a true and correct copy of the foregoing document was filed hand-delivered, and mailed to the following party:

1   <u>Marc Osbourne, AUSA</u>
    UNITED STATES ATTORNEY'S OFFICE
    99 NE 4TH Street
    Miami, Fl 33132

Mario Simbaqueba-Bonilla
Reg. No. 78997-004