UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20897-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO ALBERTO SIMBAQUEBA BONILLA,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS

This cause is before the Court on the Defendant's Motion to Dismiss the Indictment or, in the Alternative Motion for Discovery, and an Evidentiary Hearing (Doc. #91), filed December 1, 2009. On May 20, 2010, Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (Doc. #152), recommending that the Defendant's motion be denied. On July 7, 2010, the Defendant filed objections to the Report and Recommendation (Doc. #158). On July 20, 2010, the government filed a response to the Defendant's objections (Doc. #159). On August 9, 2010, the Defendant filed a reply in support of his objections (Doc. #162).

The Court has reviewed *de novo* the Report and Recommendation, the Defendant's objections, the government's response, and the Defendant's reply, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation (Doc. #152) is ADOPTED, and the Defendant's objections (Doc. #158) are OVERRULED. The Defendant's Motion to Dismiss the Indictment or, in the Alternative Motion for Discovery, and an Evidentiary Hearing (Doc. #91) is DENIED.

DONE and ORDERED in Chambers, Miami, Florida, August 13, 2010.

*[signature]*
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record

Mario Alberto Simbaqueba Bonilla, *pro se*
Reg. No. 78997-004
Miami Federal Detention Center
P.O. Box 019120
Miami, FL 33101